Former decision, 562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6008.

─────────

**No. 09-11092. Calvin Avant, Petitioner v. Los Angeles Central Community Police Station, et al.**

562 U.S. 1087, 131 S. Ct. 691, 178 L. Ed. 2d 521, 2010 U.S. LEXIS 9297.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 5907.

─────────

**No. 09-11111. Howard A. Moniz, Petitioner v. Ken McKee, Warden.**

562 U.S. 1087, 131 S. Ct. 691, 178 L. Ed. 2d 521, 2010 U.S. LEXIS 9175.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 6080.

─────────

**No. 09-11137. William C. McKinnedy, III, Petitioner v. South Carolina.**

562 U.S. 1087, 131 S. Ct. 691, 178 L. Ed. 2d 521, 2010 U.S. LEXIS 9291.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 863, 131 S. Ct. 146, 178 L. Ed. 2d 87, 2010 U.S. LEXIS 6767.

─────────

**No. 09-11145. Ralph Howard Blakely, Petitioner v. Herb Snively, et al.**

562 U.S. 1087, 131 S. Ct. 691, 178 L. Ed. 2d 521, 2010 U.S. LEXIS 9350.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 864, 131 S. Ct. 147, 178 L. Ed. 2d 88, 2010 U.S. LEXIS 6621.

─────────

**No. 09-11164. Veronica R. Pearson, Petitioner v. Danny Brace, et al.**

562 U.S. 1087, 131 S. Ct. 691, 178 L. Ed. 2d 521, 2010 U.S. LEXIS 9179.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 865, 131 S. Ct. 149, 178 L. Ed. 2d 90, 2010 U.S. LEXIS 6492.

─────────

**No. 09-11182. Mervin G. Anderson, Petitioner v. Juan Castillo, Warden.**

562 U.S. 1087, 131 S. Ct. 691, 178 L. Ed. 2d 521, 2010 U.S. LEXIS 9192.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 866, 131 S. Ct. 154, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6675.

─────────

**No. 09-11198. Leonard Jackson, Petitioner v. Lois A. Russo, Superintendent, Souza-Baranowski Correctional Center.**

562 U.S. 1087, 131 S. Ct. 692, 178 L. Ed. 2d 521, 2010 U.S. LEXIS 9178.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 867, 131 S. Ct. 157, 178 L. Ed. 2d 94, 2010 U.S. LEXIS 6709.